ALLISON v. INSURANCE CO.

No. 69 PC.

Case below: 43 N.C. App. 200.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1979.

BANK v. MORGAN

No. 70 PC.

No. 34 (Spring Term).

Case below: 43 N.C. App. 63.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 4 December 1979.

EMPLOYMENT SECURITY COMM. v. BROADCASTING CORP.

No. 47 PC.

Case below: 42 N.C. App. 702.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 December 1979.

EQUITABLE FACTORS CO. v. CHAPMAN-HARKEY CO.

No. 100 PC.

Case below: 43 N.C. App. 189.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 December 1979.

FUNGAROLI v. FUNGAROLI

No. 86 PC.

Case below: 43 N.C. App. 227.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 December 1979.